JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALEJANDRO MADRIGAL, ET AL, | Case No. EDCV 15-00261-VAP (DTBx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, ET AL. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 10, 2015

VIRGINIA A. PHILLIPS
United States District Judge